# THE KRON LAW FIRM

COUNSELORS AT LAW

1123 Avenue Z
Brooklyn, New York 11235
Telephone: (917) 275-5987
Facsimile: (718) 697-7479
Email: a.kozlov@kronlawfirm.com

*Via Electronic Filing*

April 11, 2024

Hon. Ronnie Abrams
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Application granted. The initial conference, currently scheduled for April 19, 2024, is hereby adjourned.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> April 15, 2024

Re:   *Joshua Jacobs v. Barclays Bank PLC, No. 24-CV-909 (RA)*
      *Joint letter from counsel requesting postponement of initial conference*

To Hon. Ronnie Abrams:

Counsel for plaintiff and defendant having consulted together on this day, they jointly submit this letter requesting that the initial status conference in the above-captioned matter, which is currently scheduled for April 19, 2024, be postponed until Defendant's pending pre-answer motion to dismiss has been decided.

Counsel also jointly request that the due date for the joint letter and proposed case management plan and scheduling order previously ordered by this Court on February 9, 2024 be postponed until after Defendant's motion to dismiss has been decided.

Respectfully submitted:

*/s/ Joseph Paukman*_____
Joseph Paukman, Esq.
THE KRON LAW FIRM
*Attorneys for Plaintiff*
1123 Avenue Z
Brooklyn, New York 11235