UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA JACOBS,

                Plaintiff,

        v.

BARCLAYS BANK PLC,

                Defendant.

24-CV-909 (RA)

OPINION & ORDER

RONNIE ABRAMS, United States District Judge:

      On January 7, 2025, the Court dismissed this action without prejudice and permitted Jacobs to amend his complaint within thirty days. *See* ECF No. 22. More than thirty days have passed, and Jacobs has not filed an amended complaint. Accordingly, this action is dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    February 12, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge